287 F.2d 884
 J. C. TAYLOR, Warden, United States Penitentiary, Leavenworth Kansas,
v.
James K. MORTON, Jr.
 No. 6501.
 United States Court of Appeals Tenth Circuit.
 Jan. 5, 1961.
 
 Wilbur G. Leonard, U.S. Atty., Topeka, Kan., for appellant.
 A. L. Herrmann, Jr., Denver, Colo., for appellee.
 Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit judges.
 PER CURIAM.
 
 
 1
 Reversed and remanded January 5, 1961, on authority of Taylor, Warden, v. Godwin, 10 Cir., 284 F.2d 116.